■ In the Matter of LINDA K. MAGGIO, Respondent, v JOHN A. MAGGIO, Appellant. [937 NYS2d 915]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.

■ In the Matter of ALLISON E. NOON, Appellant, v BENJAMIN E. NOON, Respondent. [937 NYS2d 919]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.